UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>DANIEL NERSOYAN,<br><br>                    Defendant. | Case No.: CR 17-325-WU<br><br>[~~PROPOSED~~] ORDER TO RECALL BENCH WARRANT |

For good cause shown, **IT IS HEREBY ORDERED THAT**:

☒ **(WARRANT RECALLED)** Based upon the attached declaration and information, the Court grants the request and Orders the warrant Recalled.

☐ **(DENIED)** Request Denied.

Counsel are to confer on a new revocation hearing date and advise the court clerk.

Dated: June 15, 2021

_____
HONORABLE GEORGE H. WU
United States District Judge