UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 17-325-GW |
| Date | September 16, 2021 |
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
| Interpreter | NONE |

| Javier Gonzalez | Terri A. Hourigan | Christopher C. Kendall |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Daniel Edward Nersoyan (CITATION) | | ✔ | | Michael S. Devereaux | ✔ | | ✔ |

**Proceedings:**   **PRELIMINARY REVOCATION OF SUPERVISED RELEASE**

U.S. Probation Officer Helen Zaytseva is also present.

Court confers with the parties. The Defendant has been advised of the 15-count allegations contained in the Petitions on Probation and Supervised Release filed April 12, 2021, June 18, 2021 and August 31, 2021.

For reasons stated on the record, the Court places Defendant into custody pending resolution of these matters. Defendant's revocation will be placed on calendar once his pending warrants in state court are resolved.

Defendant is remanded into custody. Issued No. D 9947.

: 25

Initials of Deputy Clerk   JG

cc: