TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER C. KENDALL (Cal. Bar No. 274365)
Assistant United States Attorney
Deputy Chief, International Narcotics,
  Money Laundering, and Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2576
     Facsimile: (213) 894-0142
     E-mail:    Christopher.Kendall@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-00325-GW |
|---|---|
| Plaintiff, | STATUS REPORT |
| v. | Hearing Date: October 18, 2021 |
| DANIEL NERSOYAN, | Hearing Time: 12:30 p.m. |
| Defendant. | Location: Courtroom of the Hon. George Wu |

   Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Christopher C. Kendall, hereby submits this Status Report.

   On October 12, 2021, the parties discussed defendant's supervised release revocation hearing set for October 18, 2021. The parties were unable to reach a resolution. On October 18, 2021, the

//

//

//

government intends to prove all the alleged violations, except Allegation #2.

Dated: October 13, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


   */s/ Christopher C. Kendall*
CHRISTOPHER C. KENDALL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2